IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
TRENTON VICINAGE

| | |
|---|---|
| JAMES TOSONE,<br><br>*Plaintiff,*<br><br>vs.<br><br>TAHESHA WAY, in her official capacity as Secretary of State of New Jersey,<br><br>*Defendant.* | CIVIL ACTION NO.:<br>3:23−CV−20857−ZNQ−RLS |

Paul S. Grosswald
98 W. End Avenue
Summit, New Jersey 07901-1222
Telephone: 917-753-7007

*Attorney for Plaintiff*

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the plaintiff hereby dismisses this action without prejudice.

Respectfully Submitted,

Date: November 13, 2023

/s/ Paul S. Grosswald
Paul S. Grosswald
98 W. End Avenue
Summit, New Jersey 07901-1222
Telephone: 917-753-7007
Email: pgrosswald@hotmail.com

2

**CERTIFICATE OF SERVICE**

The foregoing Notice of Voluntary Dismissal was served upon counsel for Defendant Tahesha Way by U.S. mail to: New Jersey Office of the Attorney General, 25 Market St, Box 112, Trenton, NJ 08625.

| | |
|---|---|
| Date: <u>November 13, 2023</u> | <u>/s/ Paul S. Grosswald</u><br>Paul S. Grosswald<br>98 W. End Avenue<br>Summit, New Jersey 07901-1222<br>Telephone: 917-753-7007<br>Email: pgrosswald@hotmail.com |