IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
TRENTON VICINAGE

| | |
|---|---|
| JAMES TOSONE,<br><br>*Plaintiff,*<br><br>vs.<br><br>TAHESHA WAY, in her official capacity as Secretary of State of New Jersey,<br><br>*Defendant.* | CIVIL ACTION NO.:<br>3:23–CV–20857–ZNQ–RLS<br><br><br>So Ordered this 14th day of NOVEMBER, 2023<br><br>_____<br>Hon. Zahid N. Quraishi<br>United States District Judge |

Paul S. Grosswald
98 W. End Avenue
Summit, New Jersey 07901-1222
Telephone: 917-753-7007

*Attorney for Plaintiff*

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the plaintiff hereby dismisses this action without prejudice.

Respectfully Submitted,

Date: November 13, 2023

/s/ Paul S. Grosswald
Paul S. Grosswald
98 W. End Avenue
Summit, New Jersey 07901-1222
Telephone: 917-753-7007
Email: pgrosswald@hotmail.com